```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

LEON O. KIMBROUGH,                )
                                  )
            Plaintiff,            )
                                  )
       vs.                        )     No. 4:06-CV-1011 (CEJ)
                                  )
ALLIED INTERNATIONAL CREDIT       )
CORPORATION US, a/k/a ALLIED      )
INTERNATIONAL CREDIT CORP (US),   )
et al.,                           )
                                  )
            Defendants.           )

### ORDER

In accordance with the stipulation of the parties,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2006.