```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

LEON O. KIMBROUGH,                )
                                  )
            Plaintiff,             )
                                  )
       vs.                        )     No. 4:06-CV-1011 (CEJ)
                                  )
ALLIED INTERNATIONAL CREDIT       )
CORPORATION US, a/k/a ALLIED      )
INTERNATIONAL CREDIT CORP (US),   )
et al.,                           )
                                  )
            Defendants.            )

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

```
                                     CAROL E. JACKSON
                                     UNITED STATES DISTRICT JUDGE
```

Dated this 21st day of September, 2006.